UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FOWLER, PAUL WHOOTEN, MICHAEL TURNER, and MICHAEL FITZPATRICK, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS TURCO, Commissioner of Massachusetts Department of Correction, in his official capacity, and MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, INC.,<br><br>Defendants. | C.A. NO. 1:15CV12298 |

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Now comes Plaintiff Jeffrey Fowler, through undersigned counsel, and seeks leave from this court to amend the Complaint, pursuant to Fed. R. Civ. P. 15(a)(2). The proposed First Amended Complaint is attached to this motion. Mr. Fowler seeks leave to join additional Plaintiffs and modify some of the allegations in the Complaint. He does not seek to add any Defendants or causes of action.

For the reasons stated in the memorandum accompanying this motion, Plaintiff Jeffrey Fowler respectfully requests that this Court grant this motion and allow the proposed First

*Motion allowed.  /s/ NMGorton, USDJ  7/22/16*