UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JEFFREY FOWLER, PAUL WHOOTEN, MICHAEL TURNER, and MICHAEL FITZPATRICK, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

THOMAS TURCO, Commissioner of Massachusetts Department of Correction, in his official capacity, and MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, INC.,

Defendants.

C.A. NO. 1:15CV12298

## PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

Now come Plaintiffs Jeffrey Fowler, Paul Whooten, Michael Turner, and Michael Fitzpatrick, through undersigned counsel, and seek certification pursuant to Fed. R. Civ. P. 23 of a class of all people who are or will be prisoners in the custody of the Massachusetts Department of Correction ("DOC"), and who have or will have Hepatitis C while in custody and have not yet been cured. The proposed class, in this action seeking declaratory and injunctive relief, satisfies the prerequisites of Rule 23(a) and (b). For the reasons stated in the memorandum and exhibits accompanying this motion, Plaintiffs respectfully request that the Court grant this motion and certify the proposed class, appointing the undersigned counsel as class counsel under Fed. R.

*Motion allowed.*

*/s/ NMGorton, USDJ  7/22/16*