UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FOWLER, PAUL WHOOTEN, MICHAEL TURNER, and MICHAEL FITZPATRICK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THOMAS TURCO, Commissioner of Massachusetts Department of Correction, in his official capacity, and MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, INC.,<br><br>Defendants. | C.A. NO. 1:15CV12298-NMG |

### JOINT CLASS CERTIFICATION PROPOSAL

Plaintiffs Jeffrey Fowler, Paul Whooten, Michael Turner, and Michael Fitzpatrick are inmates at correctional facilities in the Commonwealth of Massachusetts who have been diagnosed with Hepatitis C and who seek, among other relief, treatment with certain drugs that are known as "direct-acting antivirals."[1] On May 16, 2016, Plaintiffs submitted their Motion for

---

[1] Gilead Sciences Inc. currently holds about 90% of the United States market for these pharmaceuticals. Anita Balakrishnan, *Gilead Earnings*, CNBC (Feb. 2, 2016), http://www.cnbc.com/2016/02/02/gilead-reports-fourth-quarter-q4-2015-earnings.html. Gilead's three FDA-approved direct-acting antivirals retail from $63,000 to $94,000, per course of treatment. Ed Silverman, *Gilead and Massachusetts Agree to Rebates*, STAT (June 30, 2016), https://www.statnews.com/pharmalot/2016/06/30/gilead-massachusetts-hepatitis-c-drug-prices/. Large purchasers of drugs—such as the Veterans Health Administration and certain Medicaid Programs—report negotiated discounts of 50% or more off of these products' retail prices. Scott MacFarlane, *Government Faces Fast-Increasing Costs of Treating Veterans with Hepatitis C*, NBC (Mar. 29, 2016), http://www.nbcwashington.com/investigations/Government-Faces-Fast-Increasing-Costs-Treating-Military-Veterans-With-Hepatitis-C-373886391.html. However, "[s]tate prisons and jails are usually excluded from Medicaid-related rebates and often do not have the negotiating leverage of larger organizations and may end up paying higher prices than most other organizations." American Association for the Study of Liver Diseases and Infectious Diseases Society of America, *Overview of Cost, Reimbursement, and Cost-Effectiveness Considerations for Hepatitis C Treatment Regimens* (reviewed and revised Feb. 2016), http://www.hcvguidelines.org/full-report/overview-cost-reimbursement-and-cost-effectiveness-considerations-hepatitis-c-treatment.

---

*Joint Class Certification Proposal is approved.*

*S/NMGorton, USDJ 7/22/16*