UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FOWLER, PAUL WHOOTEN, MICHAEL TURNER, and MICHAEL FITZPATRICK, on behalf of themselves and all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS TURCO, commission of Massachsuetts Department of Correction, in hIS official capacity, and MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, INC., <br><br> Defendants. | C.A. NO. 1:15CV12298 |

### DEFENDANT MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, LLC'S ANSWER AND JURY DEMAND TO PLAINTIFFS' COMPLAINT

### Introduction

1. Paragraph 1 of plaintiffs' complaint contains legal conclusions to which no response is required. If a response is deemed required, this defendant denies the allegation.

### JURISDICTION AND VENUE

2. Paragraph 2 of plaintiffs' complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegation.

3. Paragraph 3 of plaintiffs' complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegation.

### PARTIES

4. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 4 of plaintiffs' complaint.

5. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 5 of plaintiffs' amended complaint.

6. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 6 of plaintiffs' amended complaint.

7. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 7 of plaintiffs' amended complaint.

8. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of plaintiffs' amended complaint.

9. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 8 of plaintiffs' amended complaint.

10. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 10 of plaintiffs' amended complaint.

11. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 11 of plaintiffs' amended complaint.

12. The allegations set forth in paragraph 12 of plaintiffs' amended complaint pertain to a codefendant; therefore, no response is required. If a response is deemed required, this defendant denies the allegation.

13. The defendant admits that it is a Massachusetts limited liability company. The defendant admits that it has a contractual relationship with the Massachusetts Department of Corrections. As to the remaining allegations in paragraph 13 of plaintiffs' amended complaint, they contain legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegations.

## CLASS ACTION ALLEGATIONS

14. Paragraph 14 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies that this action meets the requirements of F.R.C.P., Rule 23.

15. Paragraph 15 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegation.

16. Paragraph 16 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegation.

17. Paragraph 17 of plaintiffs' amended complaint contains a legal conclusions to which no response is required. If a response is deemed required, this defendant denies the allegations.

18. Paragraph 18 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegation.

19. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 19 of plaintiffs' amended complaint.

20. Paragraph 20 of plaintiffs' amended complaint contains legal conclusions to which no response is required. If a response is deemed required, this defendant denies the allegation.

## FACTS

### Hepatitis C Defined

21. The defendant admits the allegations in paragraph 21.

22. The defendant admits the allegations in paragraph 22.

23. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 23 of plaintiffs' amended complaint.

24. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 24 of plaintiffs' amended complaint.

25. The defendant admits that Hepatitis C is transmitted by infected blood. The defendant is without sufficient information or knowledge to form a belief as to the truth of the other allegations contained in paragraph 25 of plaintiffs' amended complaint.

26. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 26 of plaintiffs' amended complaint.

27. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 27 of plaintiffs' amended complaint.

28. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 28 of plaintiffs' amended complaint.

### Hepatitis C in Prison

29. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 29 of plaintiffs' amended complaint.

30. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 30 of plaintiffs' amended complaint.

31. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 31 of plaintiffs' amended complaint.

### History of Hepatitis C Treatment

32. The defendant admits the allegations in paragraph 32.

33. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 33 of plaintiffs' amended complaint.

34. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 34 of plaintiffs' amended complaint.

35. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 35 of plaintiffs' amended complaint.

36. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 36 of plaintiffs' amended complaint.

37. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 37 of plaintiffs' complaint.

38. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 38 of plaintiffs' amended complaint.

39. The defendant admits that new antiviral medications have been approved by the FDA. The defendant is without sufficient information or knowledge to form a belief as to the truth of the remainder of the allegations contained in paragraph 39 of plaintiffs' amended complaint.

40. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 40 of plaintiffs' amended complaint.

41. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 41 of plaintiffs' amended complaint.

### History of Hepatitis C Treatment in the DOC

42. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 42 of plaintiffs' amended complaint.

43. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 43 of plaintiffs' amended complaint.

44. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 44 of plaintiffs' amended complaint.

45. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 45 of plaintiffs' amended complaint.

46. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 46 of plaintiffs' amended complaint.

1208602

47. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 47 of plaintiffs' amended complaint.

48. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 48 of plaintiffs' amended complaint.

49. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 49 of plaintiffs' amended complaint.

50. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 50 of plaintiffs' amended complaint.

51. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 51 of plaintiffs' amended complaint.

52. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 52 of plaintiffs' amended complaint.

53. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 53 of plaintiffs' amended complaint.

54. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 54 of plaintiffs' amended complaint.

55. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 55 of plaintiffs' amended complaint.

56. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 56 of plaintiffs' amended complaint.

57. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 57 of plaintiffs' amended complaint.

58. The defendant admits that the document referenced in paragraph 58 of plaintiffs' amended complaint exists and includes the quoted language. However, the referenced sentence reads, in full, "The Department is in the process of implementing a new Hepatitis C protocol to include treatment with Protease Inhibitors."

59. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 59 of plaintiffs' amended complaint.

60. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 60 of plaintiffs' amended complaint.

61. The defendant denies the allegations contained in paragraph 61 of plaintiffs' amended complaint.

1208602

62. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 62 of plaintiffs' amended complaint.

63. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 63 of plaintiffs' amended complaint.

64. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 64 of plaintiffs' amended complaint.

65. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 65 of plaintiffs' amended complaint.

66. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 66 of plaintiffs' amended complaint.

67. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 67 of plaintiffs' amended complaint.

68. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 68 of plaintiffs' amended complaint.

69. The defendant denies the allegations contained in paragraph 69 of plaintiffs' amended complaint.


**Conclusion disregard of Serious Needs by Delay and Denial**

70. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 70 of plaintiffs' amended complaint.

71. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 71 of plaintiffs' amended complaint.

72. The defendant denies the allegations contained in paragraph 72 of plaintiffs' amended complaint.

73. The defendant denies the allegations contained in paragraph 73 of plaintiffs' amended complaint.

74. The defendant denies the allegations contained in paragraph 74 of plaintiffs' amended complaint.

75. The defendant denies the allegations contained in paragraph 75 of plaintiffs' amended complaint.

76. The defendant denies the allegations contained in paragraph 76 of plaintiffs' amended complaint.

1208602

77. The defendant denies the allegations contained in paragraph 77 of plaintiffs' amended complaint.

78. The defendant denies the allegations contained in paragraph 78 of plaintiffs' amended complaint.

79. The defendant denies the allegations contained in paragraph 79 of plaintiffs' amended complaint.

80. The defendant denies the allegations contained in paragraph 81 of plaintiffs' amended complaint.

81. The defendant denies the allegations contained in paragraph 81 of plaintiffs' amended complaint.

82. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 82 of plaintiffs' amended complaint.

## Risk of Serious Harm that Results

83. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 83 of plaintiffs' amended complaint.

84. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 84 of plaintiffs' amended complaint.

85. The defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 85 of plaintiffs' amended complaint.

## CLAIM FOR RELIEF

## CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION

86. The defendant repeats and reasserts its allegations contained in paragraphs 1 through 85 of plaintiffs' amended complaint.

87. Paragraph 87 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegations.

88. Paragraph 88 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegations.

WHEREFORE, the defendant requests that the plaintiffs' complaint be dismissed with costs to defendant.

1208602

**PRAYER FOR RELIEF**

89. Paragraph 89 of plaintiffs' amended complaint contains a legal conclusion to which no response is required. If a response is deemed required, this defendant denies the allegations.

WHEREFORE, the defendant requests that the plaintiffs' complaint be dismissed with costs to defendant.

**AFFIRMATIVE DEFENSES**

Without assuming any burden of pleading or proof that would otherwise rest on plaintiffs, Massachusetts Partnership for Correctional Healthcare, LLC, states as follows:

FIRST DEFENSE

The defendant says that if the plaintiffs suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the defendant was not and is not legally responsible.

SECOND DEFENSE

By way of affirmative defense, the defendant says that the plaintiffs failed to exhaust their administrative remedies.

THIRD DEFENSE

The defendant says that the action is barred by the applicable statute of limitations.

FOURTH DEFENSE

The plaintiffs' claims are nonjusticiable.

FIFTH DEFENSE

By way of affirmative defense, the defendant says that it is protected from liability by a qualified immunity for any of the matters raised in the plaintiffs' Complaint.

SIXTH DEFENSE

Service of process is insufficient.

SEVENTH DEFENSE

The plaintiffs' complaint fails to state a claim upon which relief can be granted.

1208602

### EIGHTH DEFENSE

To the extent discovery may show or demonstrate, this Court lacks subject matter jurisdiction over the action alleged in the Complaint.

### NINTH DEFENSE

By way of affirmative defense, the defendant says that the action is barred by the doctrines of laches and estoppel.

### TENTH DEFENSE

The defendant did not deprive the plaintiffs of any constitutional or statutory rights by threats, intimidation or coercion.

### ELEVENTH DEFENSE

The defendants did not violate any clearly established constitutional right of the plaintiff of which a reasonable person would have known.

### TWELFTH DEFENSE

The actions of the defendant do not rise to the level of a constitutional violation and, therefore, the plaintiffs cannot recover.

### THIRTEENTH DEFENSE

The defendant's conduct and acts were reasonable and, therefore, the plaintiffs cannot recover.

### FOURTEENTH DEFENSE

The plaintiffs' claims are moot, as further legal proceedings with regard to them can have no effect.

### FIFTEENTH DEFENSE

The plaintiffs' claims are not ripe for adjudication as they rest upon contingent future events that may not occur as anticipated, or indeed may not occur at all.

### SIXTEENTH DEFENSE

The plaintiffs' constitutional claims require state action, and the defendant is not a state actor.

## SEVENTEENTH DEFENSE

The defendant was not deliberately indifferent to the serious medical needs of the plaintiffs or the members of the putative class they seek to represent.

## EIGHTEENTH DEFENSE

By way of affirmative defense, the defendant says that the plaintiffs cannot recover for the reason that they failed to give notice of the damages allegedly suffered by them to the defendant as required by the statutes of the Commonwealth of Massachusetts.

## NINETEENTH DEFENSE

By way of affirmative defense, the plaintiffs' complaint must fail because the actions of the defendant, its agents, servants or employees were legal.

The defendant reserves the right to assert additional affirmative defenses as they become known through further discovery or otherwise in this action.

## **JURY CLAIM**

The Defendant demands a trial by jury on all counts so triable.

Respectfully submitted,

The Defendants,
MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, LLC,
By its attorneys,

/s/ *Curtis L.S. Carpenter*

_____
William Joseph Flanagan, BBO #556598
Curtis L.S. Carpenter, BBO#657358
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA 02110
(617) 439-7500

Certificate of Service

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 11, 2016.

/s/ *Curtis L.S. Carpenter*
_____
Curtis L.S. Carpenter, BBO No. 657358

11

1208602