## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JEFFREY FOWLER, PAUL WOOTEN, et al. on behalf of themselves and all others similarly situated,<br>    Plaintiffs,<br><br>THOMAS TURCO, Commissioner of the Massachusetts Department of Correction, in his official capacity, and MASSACHUSETTS PARTNERSHIP FOR CORRECTIONAL HEALTHCARE, LLC,<br>    Defendants. | Docket No.: 2015-CV-12298 NMG |

### JOINT MOTION FOR ENTRY OF STIPULATED PROTECTIVE ORDER

The parties, by and through their undersigned counsel, jointly request that the Court enter the attached stipulated Protective Order. In support of this motion, the parties state as follows:

1. The parties anticipate that there may be confidential information exchanged during discovery, and desire a Protective Order to govern the exchange of such confidential information.

2. Federal Rule of Civil Procedure 26(c) authorizes the Court to provide protection against public disclosure of confidential information.

3. The provisions of the proposed protective order submitted herewith will facilitate the parties' orderly exchange of discovery information while guarding against any improper use of confidential information.

4. The Parties have agreed to the Stipulated Protective Order attached hereto.

Accordingly, for each of the reasons set forth above, the parties jointly request that the Court enter the proposed Stipulated Protective Order in the form submitted with this motion.

*Joint motion allowed subject to the proviso on page 16 of the order.* /s/ NMGorton, USDJ 11/10/16